District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BEHAILU YOHANES KELEMEWORK, | Case No. 2:24-cv-00236-TL |
| Plaintiff, | STIPULATED MOTION TO DIMISS AND [~~PROPOSED~~] ORDER |
| v. | |
| YASSER O. NAVARRETE, *et al.*, | Noted for Consideration: July 24, 2024 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the application and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00236-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 24th day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | LAW OFFICE OF DANIELLE DOYLE |
| TESSA M. GORMAN<br>United States Attorney | *s/ Danielle Doyle*<br>DANIELLE DOYLE, WSBA# 42067<br>3347 31st Drove |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826 | Everett, Washington 98201<br>Phone: (206) 427-9094<br>Email:  daniellemdoyle@gmail.com<br><br>*Attorney for Plaintiff* |

(253) 428-38
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

***I certify that this memorandum contains 75 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00236-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[~~PROPOSED~~] ORDER**

*Kelemework v. Navarrete, et al.*, No. 2:24-cv-00236-TL is dismissed without prejudice pursuant to the Parties' stipulated motion. It is so **ORDERED**.

DATED this 24th day of July, 2024.

                                              _____
                                              TANA LIN
                                              United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00236-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800